

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00349-CV

| | | |
|---|---|---|
| In re Ramin Siroosian, Chiropractic Doctors Clinic and Tina Yeshigeta | § | Original Proceeding |
| | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2013-01306) |
| | § | December 9, 2014 |
| | § | Opinion by Justice Walker |
| | § | Concurrence and Dissent by Chief Justice Livingston |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relators Ramin Siroosian, Chiropractic Doctors Clinic and Tina Yeshigeta. We conditionally grant relators' petition. Writ will issue only if the trial court fails to vacate paragraph numbers 1, 2, 3, 4, 5, and 6 of its October 31, 2014 "Order on Defendant's Amended Emergency Motion to Compel the Previously Ordered Full Discovery Responses From Ramin Siroosian, D.C. and Tina Yeshigeta, or in the Alternative, Motion to Strike." Our disposition of this original proceeding serves to lift the stay previously imposed by this court. *See* Tex. R. App. P. 52.10(b).

It is further ordered that real party in interest Jennifer B. Mazurek shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
       Justice Sue Walker